Bankers Securities Corporation, Appellant, *v.*
Philadelphia School District.

Argued June 12, 1958. Before RHODES, P. J., HIRT,
GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS,
JJ.

*William A. Kelley, Jr.,* with him *Folz, Bard, Kams-
ler, Goodis & Greenfield,* for appellant.

*C. Brewster Rhoads,* with him *Edward B. Soken,* and *Montgomery, McCracken, Walker & Rhoads,* for appellees.

Opinion Per Curiam, March 18, 1959:
Judgment affirmed on the opinion of the court below written by President Judge (now Justice) Bok and reported in 16 Pa. D. & C. 2d 248.